No. 354. Ex parte Angel M. Villamil.—Solicitud de la National Surety Company para dar por terminada la fianza

No. 1409 otorgada en febrero 16, 1912. Resuelto en junio 16, 1913. Se da por terminada dicha fianza en cuanto a los actos posteriores del notario y se declara vigente en cuanto a los actos anteriores durante el término legal y hasta que dicha fianza sea cancelada legalmente. La peticionaria compareció por medio de su Agente General, Harry F. Besosa.